BERT AMUSEMENT CORPORATION and Others, Respondents, *v.* HARRY HOLMDEN, Individually and as President of the International Alliance of Theatrical Stage Employees and Motion Picture Operators Union Local 306, and Another, Appellants, Impleaded with " JOHN DOE," Individually and as President of Union Musicians Local No. 802, and Another, Defendants.

First Department, December 24, 1934.

*Jeremiah T. Mahoney* of counsel [*N. Taylor Phillips* with him on the brief; *Phillips. Mahoney, Leibell & Fielding,* attorneys], for the appellants.

*Melvin A. Albert* of counsel [*Milton C. Weisman* with him on the brief; *Weisman, Quinn, Allan & Spett,* attorneys], for the respondents.

PER CURIAM. No one disputes the defendants' right of peaceful picketing. Likewise, no one will contend that in the exercise of that right the defendants might engage in violence, disorder and intimidation. Upon the present record the court was entirely justified in finding that the appellants' right to picket was accompanied by such acts of lawlessness committed by persons engaged in picketing for them, that all picketing should be enjoined.

The order should be affirmed, with twenty dollars costs and disbursements.

Present — FINCH, P. J., MERRELL, MARTIN, O'MALLEY and UNTERMYER, JJ.; FINCH, P. J., dissents and votes for modification.

FINCH, P. J. (dissenting in part). The right to picket peacefully is now well established.

There is nothing in this record which shows that the unions are responsible for the disorders arising outside of these theatres. If this disorder could be traced to them, then it is equally well established that where they are responsible for violence and disorder they forfeit the right to picket. Since this record does not establish that they are responsible for violence and disorder, the right to picket with at least two pickets should not be taken away from them.

The order appealed from should be modified by permitting peaceful picketing by at least two pickets and an immediate trial should be had of the action, and as so modified affirmed.

Order affirmed, with twenty dollars costs and disbursements.